**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)     Case Number **12−50696**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*
The debtor(s) listed below filed a chapter 13 bankruptcy case on 12/29/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michelle L. Rushing
16652 Thornton Avenue
South Holland, IL 60473

| | |
|---|---|
| Case Number: 12−50696<br>Office Code:  1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2325 |
| Attorney for Debtor(s) (name and address):<br>Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd Ste 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575−8181 | Bankruptcy Trustee (name and address):<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603<br>Telephone number: 312 294−5900 |

## Meeting of Creditors:
Date: **March 5, 2013**           Time: **12:30 PM**

Location: **55 East Monroe, Suite 3850, Chicago, IL 60603**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **6/3/13**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **6/27/13**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has not filed a plan as of this date. You will receive notice of the plan at a later date. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **3/28/13**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 615, Chicago, IL 60604** .

**The Disclosure of Compensation has not been filed at this time.**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/6/13**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: January 2, 2013 |

**EXPLANATIONS**      B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. <br> *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-50696-JSB
Michelle L. Rushing                                                     Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lwilliams          Page 1 of 3          Date Rcvd: Jan 02, 2013
                              Form ID: b9i             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2013.
```
db         #+Michelle L. Rushing,    16652 Thornton Avenue,    South Holland, IL 60473-2842
19866719   #+ADT Security Services,    One Town Center Road,    Boca Raton, FL 33486-1002
19866720    +ADT Security Systems,    One Town Center Road,    Boca Raton, FL 33486-1002
19866721    +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
19866722    +Arnold Scott Harris, P.C.,    PO Box 5625,    Chicago, IL 60680-5625
19866724    +Bank of America,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
19866727    +Childrens Hospital of Chicago,    P.O. Box 4066,    Carol Stream, IL 60197-4066
19866728   #+Childrens Memorial Hospital,    2300 Childrens Plaza,    Chicago, IL 60614-8985
19866729    +Childrens Memorial Hospital Pediatric,    PO Box 4051,    Chicago, IL 60654-4051
19866730    +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
19866731    +Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
19866732    +Community Healthcare Systems,    PO Box 3604,    Munster, IN 46321-0703
19866733    +Community Hospital,    PO Box 3602,    Munster, IN 46321-0756
19866734    +Enhanced Recovery Co,    Po Box 3002,    Southeastern, PA 19398-3002
19866736     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
19866737    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
19866739    +First National Bank,    PO Box 2557,    Omaha, NE 68103-2557
19866738    +First National Bank,    1310 E. City Route 40,    Greenville, IL 62246-2501
19866740    +First National Bank of Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
19866741    +First National Collect,    610 Waltham Way,    Sparks, NV 89434-6695
19866742    +HFC / Beneficial,    2929 Walden Avenue,    Depew, NY 14043-2602
19866745    +HSBC-HFC Beneficial,    CML FAP,    2929 Walden Ave,    Depew, NY 14043-2602
19866746    +Komyatte & Casbon, PC,    9650 Gordon Drive,    Highland, IN 46322-2909
19866747    +MCSI Inc,    7330 College Drive, Suite 108,    Palos Heights, IL 60463-1186
19866748    +Meridian Financial Service,    21 Overland Industrial B,    Asheville, NC 28806-1376
19866749    +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
19866752    +Nco Financial Systems,    600 Holiday Plaza Drive,    Matteson, IL 60443-2238
19866753    +Tate & Kirlin Assoc,    2810 Southampton Road,    Philadelphia, PA 19154-1207
19866754    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
19866759   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mbadwan@sulaimanlaw.com Jan 03 2013 04:27:34     Mohammed O Badwan,
             Sulaiman Law Group, LTD,    900 Jorie Blvd Ste 150,    Oak Brook, IL  60523
tr         +E-mail/Text: 341NOTICE@TVCH13.NET Jan 03 2013 04:30:55      Tom Vaughn,
             55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5713
ust        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 03 2013 04:33:28      Patrick S Layng,
             Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
19866723   +EDI: CINGMIDLAND.COM Jan 03 2013 03:28:00     Att Wireless,    P.O. Box 6416,
             Carol Stream, IL 60197-6416
19866725   +EDI: BANKAMER2.COM Jan 03 2013 03:28:00     Bank Of America, N.A.,    401 N. Tryon St.,
             NC1-021-02-20,    Charlotte, NC 28202-2123
19866726   +EDI: AIS.COM Jan 03 2013 03:28:00     Capital One, N.A. *,    c/o American Infosource,
             P.O Box 54529,    Oklahoma City, OK 73154-1529
19866735   +E-mail/Text: bknotice@erccollections.com Jan 03 2013 04:33:52     Enhanced Recovery Co L,
             8014 Bayberry Road,    Jacksonville, FL 32256-7412
19866743   +EDI: HFC.COM Jan 03 2013 03:28:00     HSBC,    One HSBC Center,    Buffalo, NY 14203-2885
19866744   +EDI: HFC.COM Jan 03 2013 03:28:00     HSBC Mortgage Services,    P.O. Box 9068,
             Brandon, FL 33509-9068
19866750   +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 03 2013 04:34:43      NCO Financial,
             507 Prudential Road,    Horsham, PA 19044-2368
19866751   +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 03 2013 04:34:43      NCO Financial System,
             507 Prudential Road,    Horsham, PA 19044-2368
19866755   +EDI: AFNIVZWIRE.COM Jan 03 2013 03:23:00     Verizon Communications, Inc,    1515 Woodfield Road,
             Schaumburg, IL 60173-5443
19866756   +EDI: AFNIVZWIRE.COM Jan 03 2013 03:23:00     Verizon Wireless,    1515 Woodfield Road, Suite 140,
             Schaumburg, IL 60173-5443
19866757   +EDI: AFNIVZWIRE.COM Jan 03 2013 03:23:00     Verizon Wireless,    PO Box 3397,
             Bloomington, IL 61702-3397
19866758   +EDI: WFFC.COM Jan 03 2013 03:23:00     Wells Fargo Auto Finance,
             AFG National Bankruptcy Department,    Po Box 7648,    Boise, ID 83707-1648
                                                                                              TOTAL: 15
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: lwilliams            Page 2 of 3              Date Rcvd: Jan 02, 2013
                               Form ID: b9i               Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: lwilliams            Page 3 of 3            Date Rcvd: Jan 02, 2013
                               Form ID: b9i               Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2013 at the address(es) listed below:

        Mohammed O Badwan    on behalf of Debtor Michelle L. Rushing mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com

        TOTAL: 3