B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–50696**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michelle L. Rushing
   16652 Thornton Avenue
   South Holland, IL 60473

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2325

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>November 25, 2014</u>          <u>Jeffrey P. Allsteadt, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-50696-JSB
Michelle L. Rushing                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: gbeemster              Page 1 of 3              Date Rcvd: Nov 25, 2014
                               Form ID: b18w                Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
```
db           +Michelle L. Rushing,    16652 Thornton Avenue,    South Holland, IL 60473-2842
19866720     +ADT Security Systems,   One Town Center Road,    Boca Raton, FL 33486-1039
19914440     +ARNOLD HARRIS,    600 WEST JACKSON SUITE 710,    CHICAGO, IL 60661-5682
20028767     +AmeriCash Loans, LLC,    PO Box 184,    Des Plaines, IL 60016-0003
20526701     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
20081009     +Ann & Robert H. Lurie,    Children's Hospital of Chicago,    PO Box 4066,
               Carol Stream, IL 60197-4066
19866721     +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
19866722     +Arnold Scott Harris, P.C.,    PO Box 5625,    Chicago, IL 60680-5625
19866724     +Bank of America,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
19914438     +CALYPSO CAY VACATION VILLAS,    4991 CALYPSO CAY WAY,    KISSIMMEE, FL 34746-5522
19914441     +COMMUNITY HOSPITAL,    901 MACARTHUR BOULEVARD,    MUNSTER, IN 46321-2959
20081010     +Calypso Caj Black Will Recovery,    PO Box 150,    Scottsdale, AZ 85252-0106
19866727     +Childrens Hospital of Chicago,    P.O. Box 4066,    Carol Stream, IL 60197-4066
19866729     +Childrens Memorial Hospital Pediatric,    PO Box 4051,    Chicago, IL 60654-4051
19866730     +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
19866731     +Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
20081012     +Community Foundation of NW Indiana,    905 Ridge Road,    Munster, IN 46321-1773
19866732     +Community Healthcare Systems,    PO Box 3604,    Munster, IN 46321-0703
19866733     +Community Hospital,    PO Box 3602,    Munster, IN 46321-0756
19866746     +Community Hospital,    Komyatte & Casbon, PC,    9650 Gordon Drive,   Highland, IN 46322-2909
19866734     +Enhanced Recovery Co,    Po Box 3002,    Southeastern, PA 19398-3002
19866736      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
19866737     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
19866739     +First National Bank,    PO Box 2557,    Omaha, NE 68103-2557
19866738     +First National Bank,    1310 E. City Route 40,    Greenville, IL 62246-2501
19866740     +First National Bank of Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
19866741     +First National Collect,    610 Waltham Way,    Sparks, NV 89434-6695
19866742     +HFC / Beneficial,    2929 Walden Avenue,    Depew, NY 14043-2602
19866745     +HSBC-HFC Beneficial,    CML FAP,    2929 Walden Ave,    Depew, NY 14043-2602
19866749      M.C.O.A.,    Village of Lansing Amb,    Municipal Collections of America, Inc.,    3348 Ridge Road,
               Lansing, IL 60438-3112
19866747     +MCSI Inc,    7330 College Drive, Suite 108,    Palos Heights, IL 60463-1186
20037616     +MUNICOLLOFAM,    3348 RIDGE ROAD,    LANSING, IL 60438-3112
20037615     +Munster Radiology Group,    KOMYATTE & CASBON P.C.,    9650 GORDON DRIVE,
               HIGHLAND, IN 46322-2909
19914442     +NATIONWIDE CREDIT,    815 COMMERCE DRIVE,    OAK BROOK, IL 60523-8852
20081016     +Nationwide Credit & Collection,    P.O. Box 3159,    Hinsdale, IL 60522-3159
20081017     +Nationwide Credit & Collection Inc,    PO Box 3159,    Oak Brook, IL 60522-3159
20081018     +Nationwide Credit Corporation,    5503 Cherokee Avenue,    Alexandria, VA 22312-2307
20081019     +Nationwide Credit, Inc,    2015 Vaughn Road, Bldg. 400,    Kennesaw, GA 30144-7802
20081021     +Orchard Bank,    PO Box 71104,    Charlotte, NC 28272-1104
19914443     +SAINT ANTHONY HOSPITAL,    2875 W 19TH STREET,    CHICAGO, IL 60623-3596
19899703     +THE BANK OF NEW YORK MELLON FKA,    THE BANK OF NEW York,
               Bankruptcy Dept/Mail Code CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
19866753     +Tate & Kirlin Assoc,    2810 Southampton Road,    Philadelphia, PA 19154-1207
19866754     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20028765     +EDI: AMERCASH.COM Nov 26 2014 01:03:00      AmeriCash Loans,   17340 Torrence Avenue,
               Lansing, IL 60438-1019
20081008     +EDI: AMERCASH.COM Nov 26 2014 01:03:00      AmeriCash Loans, LLC,    c/o Checkbook Loan Dept.,
               880 Lee Street, Suite 302,    Des Plaines, IL 60016-6487
20028766     +EDI: AMERCASH.COM Nov 26 2014 01:03:00      Americash Loans,    4815 W. Irving Park Road,
               Chicago, IL 60641-2719
19866723     +EDI: CINGMIDLAND.COM Nov 26 2014 01:03:00      Att Wireless,    P.O. Box 6416,
               Carol Stream, IL 60197-6416
19866725     +EDI: BANKAMER2.COM Nov 26 2014 01:03:00      Bank Of America, N.A.,    401 N. Tryon St.,
               NC1-021-02-20,    Charlotte, NC 28202-2123
20532433     +EDI: HFC.COM Nov 26 2014 01:03:00      Beneficial Financial Inc,
               dba Beneficial Mortgage Co of IL,    HSBC Mortgage Services, Inc.,    PO Box 21188,
               Eagan, MN 55121-0188
20037613     +EDI: AIS.COM Nov 26 2014 01:03:00      CAPITAL ONE NA,    C/O AMERICAN INFOSOURCE,   PO BOX 54529,
               OKLAHOM CITY, OK 73154-1529
19866726     +EDI: AIS.COM Nov 26 2014 01:03:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
19866735     +E-mail/Text: bknotice@erccollections.com Nov 26 2014 01:25:40      Enhanced Recovery Co L,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
19866743     +EDI: HFC.COM Nov 26 2014 01:03:00      HSBC,   One HSBC Center,    Buffalo, NY 14203-2842
19866744     +EDI: HFC.COM Nov 26 2014 01:03:00      HSBC Mortgage Services,    P.O. Box 9068,
               Brandon, FL 33509-9068
```

```
District/off: 0752-1          User: gbeemster           Page 2 of 3            Date Rcvd: Nov 25, 2014
                              Form ID: b18w             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
20081014      +Fax: 847-227-2151 Nov 26 2014 02:01:07      Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue, Suite 352,   Des Plaines, IL 60018-4519
19866750      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 26 2014 01:26:02      NCO Financial,
               507 Prudential Road,   Horsham, PA 19044-2368
19866751      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 26 2014 01:26:03      NCO Financial System,
               507 Prudential Road,   Horsham, PA 19044-2368
19866752      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 26 2014 01:26:03      Nco Financial Systems,
               600 Holiday Plaza Drive,   Matteson, IL 60443-2238
20081020      +EDI: HFC.COM Nov 26 2014 01:03:00      Orchard Bank,   Po Box 17051,   Baltimore, MD 21297-1051
20563609       EDI: PRA.COM Nov 26 2014 01:04:00      Portfolio Recovery Associates, LLC,
               CAPITAL ONE, NA (HSBC Bank Nevada NA),   by PRA Receivables Mgmt, LLC, agent,   P.O. Box 41067,
               Norfolk, VA 23541
20485152       EDI: PRA.COM Nov 26 2014 01:04:00      Portfolio Recovery Associates, LLC,
               successor to CAPITAL ONE, NA,   by PRA Receivables Management LLC,   POB 41067,
               Norfolk, VA 23541
19866755      +EDI: AFNIVZWIRE.COM Nov 26 2014 01:03:00      Verizon Communications, Inc,   1515 Woodfield Road,
               Schaumburg, IL 60173-5443
19866756      +EDI: AFNIVZWIRE.COM Nov 26 2014 01:03:00      Verizon Wireless,   1515 Woodfield Road, Suite 140,
               Schaumburg, IL 60173-5443
19866757      +EDI: AFNIVZWIRE.COM Nov 26 2014 01:03:00      Verizon Wireless,   PO Box 3397,
               Bloomington, IL 61702-3397
19866758      +EDI: WFFC.COM Nov 26 2014 01:03:00      Wells Fargo Auto Finance,
               AFG National Bankruptcy Department,   Po Box 7648,   Boise, ID 83707-1648
20056327       EDI: WFFC.COM Nov 26 2014 01:03:00      Wells Fargo Bank, N.A.,,
               dba Wells Fargo Dealer Services,   P.O. Box 19657,   Irvine, CA 92623-9657
19866759      +EDI: WFFC.COM Nov 26 2014 01:03:00      Wells Fargo Dealer Services,   P.O. Box 1697,
               Winterville, NC 28590-1697
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20037612*     +ARNOLD HARRIS,   600 WEST JACKSON SUITE 710,   CHICAGO, IL 60661-5682
20081006*     +AmeriCash Loans,   17340 Torrence Avenue,   Lansing, IL 60438-1019
20081007*     +Americash Loans,   4815 W. Irving Park Road,   Chicago, IL 60641-2719
20037614*     +COMMUNITY HOSPITAL,   901 MACARTHUR BOULEVARD,   MUNSTER, IN 46321-2959
20081011*     +Calypso Cay Vacation Villas,   4991 Calypso Cay Way,   Kissimmee, FL 34746-5522
20081013*     +Community Hospital,   901 MacArthur Boulevard,   Munster, IN 46321-2959
20081015*     +Nationwide Credit,   815 Commerce Drive,   Oak Brook, IL 60523-8852
20081022*     +Saint Anthony Hospital,   2875 W. 19th Street,   Chicago, IL 60623-3596
19914439*     +WELLS FARGO DEALER SERVICES,   PO BOX 1697,   WINTERVILLE, NC 28590-1697
19866719     ##+ADT Security Services,   One Town Center Road,   Boca Raton, FL 33486-1039
19866728     ##+Childrens Memorial Hospital,   2300 Childrens Plaza,   Chicago, IL 60614-3363
19866748     ##+Meridian Financial Service,   21 Overland Industrial B,   Asheville, NC 28806-1376
                                                                                 TOTALS: 0, * 9, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2014 at the address(es) listed below:

```
          Charles L. Magerski    on behalf of Debtor Michelle L. Rushing Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Crystal V Sava    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master
           Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact ccaceres@fallaw.com,
           bankruptcyteam@fallaw.com
```

```
District/off: 0752-1          User: gbeemster            Page 3 of 3                  Date Rcvd: Nov 25, 2014
                              Form ID: b18w              Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jonathan D Nusgart    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact nusgart@lawyer.com, nusgart@lawyer.com

        Mohammed O Badwan    on behalf of Debtor Michelle L. Rushing mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com

        Nisha B Parikh    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact nparikh@fal-illinois.com, bankruptcy@fal-illinois.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Peter C Bastianen    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-14 ND-Four@il.cslegal.com

        Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com

        TOTAL: 8